IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFRED DELGADO,

    Plaintiff,

v.                                                                                            No. 21-cv-0194 WJ/SMV

AA RECOVERY SOLUTIONS, INC.
and TRACY PICKELL,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiff has failed to take any steps to prosecute his claims for 141 days, or since April 5, 2021.  *See* [Doc. 7] (Plaintiff's motion for entry of default as to one of the Defendants).  Plaintiff initiated this action on March 4, 2021.  [Doc. 1].  There is no indication on the record that Plaintiff has served Defendant Pickell.  Moreover, although the Clerk entered default against Defendant AA Recovery Solutions, Inc., [Doc. 8], Plaintiff has not moved for default judgment or taken any other action to pursue his claims against AA Recovery Solutions, Inc.  Accordingly, Plaintiff must show good cause within 30 days why his claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **September 23, 2021**, why his claims should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

                                                                                        **STEPHAN M. VIDMAR**
                                                                                        **United States Magistrate Judge**